FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 FEB 10 PM 4: 25

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ALEXIS OLIVARES-BONILLA,      )
                              )
        Petitioner,           )
                              )
    v.                        )    CV 306-2
                              )
MICHAEL PUGH, Warden,         )
                              )
        Respondent.           )

# O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The petition is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 10th day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE